IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL WHITE | ) | |
| Plaintiff | ) | Case Number: 09-1494 |
| vs. | ) | |
| | ) | CIVIL ACTION |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 18th day of December, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff


Maurice & Needleman, P.C.

BY: _____
Thomas R. Dominczyk, Esquire
Attorney for Defendant