IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL WHITE, | : |
|     Plaintiff | : |
| | : |
|     vs. | :   CIVIL NO. 1:CV-09-1494 |
| | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : |
|     Defendant | : |

*O R D E R*

AND NOW, this 21st day of December, 2009, upon consideration of a stipulation entered into by the parties (doc. 11) it is Ordered that the case is dismissed with prejudice.

The Clerk of Court shall close this file.

                                              /s/William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge